UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PIERRE WATSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-423 SNLJ ) |
| TRACY L. BERRY, et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reimbursement of the appellate filing fee.[1] Because the Eighth Circuit assessed collection of the appellate filing fee by Judgment entered on December 3, 2020, the Court will deny plaintiff's motion for reimbursement of the appellate filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reimbursement of the appellate filing fee [Doc. #27] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 9th day of April, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff states that he voluntarily dismissed his appeal and seeks return of the appellate filing fee on this basis. However, the Eighth Circuit summarily affirmed this Court's dismissal of plaintiff's complaint on December 3, 2020. *See Watson v. Berry*, No. 20-2510 (8th Cir. 2020). At the same time, plaintiff's motion for voluntary dismissal of his appeal was denied as moot.